# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. Lois Bloom   DATE: 6/14/23

DOCKET NUMBER: 23cr255(HG)   FTR #: 3:20 – 3:46

DEFENDANT'S NAME: Jian Ai Chen
  X  Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL: Vinoo Varghese
  ___ Federal Defender   ___ CJA   X Retained

A.U.S.A.: Andrew Estes   CLERK: M. Sica

INTERPRETER: Stephanie Liu   (Language) Cantonese

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

✓ Bond set at $500,000.00.
X Defendant ✓ released ___ held pending satisfaction of bond conditions.
✓ Defendant advised of bond conditions set by the Court and signed the bond.

1 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 6/14/23. Stop 6/27/23

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 6/27/23 @ ___ before Judge Gonzalez

Other Rulings: Brady Act ordered on the record.