# Varghese & Associates, P.C.
2 Wall Street
New York, NY 10005
(212) 430-6469
www.vargheselaw.com

December 29, 2023

VIA ECF
The Honorable Hector Gonzalez
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

Re: *United States v. Jian Ai Chen*
Eastern District of New York Docket No. 23 cr. 255 (HG)

Dear Judge Gonzalez:

With no objection from Pretrial Services or the government, we submit this letter to request a temporary modification of Ms. Chen's bail conditions on December 29, 2023 to December 31, 2023 to allow travel to the Washington, D.C. Both Pretrial and the government are aware of the address where she will be staying.

We apologize to the Court for the late filing due to holiday schedules. If the Court can approve this request, we appreciate it. If not, thank you anyway for your consideration.

Respectfully submitted,

/s/
Vinoo P. Varghese
*Counsel for Ms. Jian Ai Chen*

cc: Ms. Jian Ai Chen
Assistant United States Attorney Miriam Glaser via ECF
Pretrial Services Officer Anna Lee via email