UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JIAN AI CHEN

Defendant.

**ORDER TO CONTINUE**
23-CR-00255 (HG)

**HECTOR GONZALEZ**, United States District Judge:

Upon the joint application of Breon Peace, United States Attorney for the Eastern District of New York, by United States Department of Justice Attorney Miriam L. Glaser Dauermann, and Vinoo Varghese, counsel for Defendant Jian Ai Chen, for an order granting a continuance of proceedings in the above-captioned matter;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the Defendant and counsel for the Government the reasonable time necessary to finalize plea negotiations, taking into account the exercise of due diligence.

2. As a result of the foregoing, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial.

IT IS, therefore, on this 23rd day of January, 2024,

ORDERED that this action be, and hereby is, continued until February 6, 2024; and it is further

ORDERED that the period from the date of this order through February 6, 2024 be, and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq*.

SO ORDERED.

                                                */s/ Hector Gonzalez*
                                                HECTOR GONZALEZ
                                                United States District Judge

Dated: Brooklyn, New York
       January 23, 2024