# Varghese & Associates, P.C.
2 Wall Street
New York, NY 10005
(212) 430-6469
www.vargheselaw.com

February 2, 2024

VIA ECF
Judge Hector Gonzalez
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Jian Ai "Maggie" Chen*
Docket No. 23 cr. 255 (HG)

Dear Judge Gonzalez:

    Ms. Chen respectfully requests an adjournment of the Tuesday, February 6, 2024 plea hearing to allow the defense and her more time to review the recently received plea agreement. She will waive her speedy trial rights until the next date. Chambers has indicated that the Court is available on Monday, February 26, 2024 at 11 am and the parties have agreed to that date.

    Thank you.

Respectfully submitted,

/s/
Vinoo P. Varghese
*Counsel for Ms. Jian Ai Chen*

cc:    Ms. Jian Ai Chen
       Assistant United States Attorney Miriam Glaser via ECF