尊敬的冈萨雷斯法官阁下
美国联邦地方法官
225 Cadman Plaza East
Courtroom 6A South
布鲁克林,纽约州11201

关于:美国诉简爱陈案件
　　　案号 23 cr 255

尊敬的冈萨雷斯法官阁下,

我怀着沉重的心情写信向您表达我对犯下医疗欺诈和贿赂行为深刻的悔恨。贪婪蒙蔽了我的判断力,导致我参与了违法活动。我的行为导致国家财务损失,玷污了医疗保险制度的声誉,并摧毁了我在社区诊所服务二十多年中建立起来的良好声誉。因此,我失去了心爱的工作,成为了家族历史上的第一个罪犯,并给家人带来了极大的耻辱。我深感羞愧,因未能给孩子们树立良好榜样而觉得自己不配做母亲。我感到内疚,夜不能寐,经常流泪,感到无地自容,无法面对曾经信任我的病人、家人、朋友和同事们。我对自己的不正当行为深感后悔。

在为期三年的预审管理期间,我严格遵守法律法规,努力改造自己。尽管我患有红斑狼疮和抑郁症,需要照顾生病的女儿,身心俱疲,但在黑暗中我找到了一线希望:即将到来的新生命,我女儿的孩子,将成为我未来的动力。我决心教育我的孙子或孙女成为一个品德高尚的公民。此外,经过多次失败的面试,我终于找到了一份新工作。这份工作不仅为我提供了稳定的收入,还让我能继续运用我的专业技能来帮助他人。

为了弥补我的错误并回馈社会,我自愿在社区的老年人中心做志愿者,尽力帮助有需要的人。我愿意动用我所有的资产来弥补国家的损失,并将来努力工作赚钱还债,以证明我诚意和悔意。

我充分理解我犯罪的严重性以及社会对此类行为的严厉态度。然而,我恳请法庭考虑我的现状、我深切的悔恨和改造的决心,希望给我一个重新开始的机会,以便在女儿需要我的时候可以陪伴在她身边。我愿意接受法庭作出的任何判决,并坚决遵守法律,履行我的社会责任。

此致,
Jian Ai Chen

*[signature]*