The Honorable Hector Gonzalez

United States District Judge

225 Cadman Plaza East

Courtroom 6A South

Brooklyn, NY 11201

Re:  United States v. Jian Ai
      Chen
      Docket Number 23 cr 255

Dear Judge Gonzalez,

It is with a heavy heart that I am writing to express my deep remorse for committing medical fraud and bribery. Greed clouded my judgment, leading me to engage in unlawful activities. My actions resulted in financial losses for the country, tarnished the reputation of the healthcare insurance system, and destroyed the good reputation I had built over more than twenty years of service in the community clinic. As a result, I lost my beloved job, became the first criminal in my family's history, and brought great shame to my family. I feel deeply ashamed for failing to set a good example for my children, feeling unworthy of being a mother. I feel guilty, unable to sleep, often shedding tears, feeling too ashamed to face the patients, family, friends, and colleagues who once trusted me. I deeply regret my unjust behavior.

During the three-year pretrial management period, I strictly complied with laws and regulations, striving to reform myself. Despite suffering from lupus and depression, needing to care for my sick daughter, physically and being mentally exhausted, I found a glimmer of hope in the darkness: a new life is about to come, my daughter's child, which will become my future motivation. I am determined to educate my grandson or granddaughter to be an upstanding citizen. Furthermore, after many failed interviews, I finally found a new job. This job not only provides me with a stable income but also allows me to continue using my professional skills to help others.

To compensate for my wrongdoing and give back to society, I volunteer at the community's senior center, doing my best to help those in need. I am willing to use all my existing assets to compensate for the country's losses and work hard in the future to earn money to repay my debts, to prove my sincerity and remorse.

I fully understand the seriousness of my crimes and society's strict stance on such behavior. However, I earnestly request the court to consider my current situation, my deep remorse, and my determination to reform, hoping to give me a chance to start over so that I can be there for my daughter when she needs me. I am willing to accept any judgment made by the court and firmly abide by the law, fulfilling my social responsibility.

Respectfully,
Jian Ai Chen

*[signature]*