The Honorable Hector Gonzalez
United States District Judge
225 Cadman Plaza East
Courtroom 6A South
Brooklyn, NY 11201

Re: United States v. Jian Ai
    Chen
    Docket Number 23 cr 255

Dear Judge Gonzalez,

   My name is Wu, Rui Ming, born on 04/04/1985 and my phone number is 917-400-8216. My address is 1871 Sheep Ranch Loop, Chula Vista, CA 919313. I have worked with the U.S. Naval Submarine Department for over 17 years.

   Jian Ai Chen (Maggie) is my cousin. We all lived and grew up in a small town in Tai Shan, and we have always been very close. When I was young, my father passed away unexpectedly. This left our family in shambles. Our family had no money for my siblings to go to school. Upon knowing the distress of my family. Maggie started to send us money to help support us financially. Encouraging my sister and I to continue to our studies, because with a good education we would be able to strive for a better future. My family immigrated to the U.S in 2000 with no knowledge of the culture, and aspects of our new life. My mother went through many hardships coming to a new country with my sister and I. We are very fortunate to have Maggie's help. She showed us where to apply for medical insurance, How to apply for admissions into schooling, and helped my mother find a job. With her help, life has gradually became stable. Since then, I have joined the U.S. Navy as an as aviation maintenance administrator. I am able to live happy days and raise 3 children in a free country. My sister has also graduated from Staten Island college and found a wonderful career, accomplishing the true American dream. I appreciate and am truly thankful for the life I currently have, which can mostly be accredited to the help from my cousin Maggie. She is generous, compassionate and tolerant. Without her help up to this point, we may not have the joyous life we currently have.

   When I learned that Maggie had broken the law, I was shocked and heart broken. After I talked with her in detail, Maggie understands that she was wrong. She is now studying and working hard, and in September this year she renewed her medical assistant license. She wants to apply her skills to repay the

Scanned with CamScanner

mother to give her children a stable life, and know her determination to correct her criminal behavior. I implore your honor to be merciful upon sentencing Maggie and give her a chance to be a new person! Thank you very much for your time.

Sincerely,

Wu, Rui Ming
06/04/2024

Scanned with CamScanner