**Varghese & Associates, P.C.**
2 Wall Street
New York, NY 10005
(212) 430-6469
www.vargheselaw.com

December 27, 2024

VIA ECF
The Honorable Hector Gonzalez
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

Re:   *United States v. Jian Ai "Maggie" Chen*
      Docket No. 23 cr. 255 (HG)

Dear Judge Gonzalez:

   Ms. Chen respectfully requests that the Court approves Ms. Chen's travel from the Eastern District of New York to the Northern District of Texas in anticipation of her self-surrender to Carswell FMC in Fort Worth. Pretrial is aware of her itinerary.

   Ms. Chen thanks the Court for consideration of her request.

> Respectfully submitted,
>
> Varghese & Associates, P.C.
>
>               /s/
> By:   Vinoo P. Varghese
>
> *Counsel for Ms. Jian Ai Chen*

cc:   Ms. Jian Ai Chen
      Pretrial Services Officer Amanda Sanchez via email